UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>Oladunni Soremekun</u>**

    Plaintiff

v.                                          Civil Action No. <u>19-12389-DPW</u>

**<u>Principe & Strasnick, P.C.</u>**

    Defendant

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>WOODLOCK, D.J.</u>

    The Court having been advised by plaintiff counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                                        By the Court,

05/20/2020                                        /S/ Christina McDonagh
  Date                                            Christina McDonagh
                                                  Docket Clerk