IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADUNNI SOREMEKUN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PRINCIPE & STRASNICK, P.C.,<br><br>Defendant. | Civil Case Number: 1:19-cv-12389-DPW |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 20, 2020

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Phone: (732) 695-3282
Email: yzelman@marcuszelman.com
PRO HAC VICE

/s/ Kevin V.K. Crick
Kevin V.K. Crick, Esq.
RIGHTS PROTECTION LAW GROUP, PLLC
100 Cambridge Street, Suite 1400
Boston, MA 02114
Phone: (844) 574-4487
Email: k.crick@rightsprotect.com

*Attorneys for Plaintiff*
*Oladunni Soremekun*

/s/ Kara G. Thorvaldsen
Kara G. Thorvaldsen, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
260 Franklin Street, Suite 14th Floor
Phone: (617) 422-5300
Email: kara.thorvaldsen@wilsonelser.com

*Attorneys for Defendant*
*Principe & Strasnick, P.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2020, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

      /s/ Yitzchak Zelman
      Yitzchak Zelman, Esq.